Matter of Will (2026 NY Slip Op 01112)

Matter of Will

2026 NY Slip Op 01112

Decided on February 26, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 26, 2026

PM-31-26
[*1]In the Matter of Kimberly Page Will, an Attorney. (Attorney Registration No. 5987607.)

Calendar Date:February 23, 2026

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, Fisher and Corcoran, JJ.

Kimberly Page Will, Mount Royal, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kimberly Page Will was admitted to practice by this Court in 2022 and lists a business address in Bridgeton, New Jersey with the Office of Court Administration. Will now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Will's application.
Upon reading Will's affidavit sworn to January 7, 2026, and filed January 12, 2026, and upon reading the February 17, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Will is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Pritzker, Reynolds Fitzgerald, Fisher and Corcoran, JJ., concur.
ORDERED that Kimberly Page Will's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kimberly Page Will's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kimberly Page Will is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Will is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kimberly Page Will shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.